UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

THE BOARD OF MANAGERS OF TRUMP TOWER AT CITY CENTER CONDOMINIUM, by its President, Alan Neiditch,

                      Plaintiff,

v.

FRANK PALAZZOLO, MARY PALAZZOLO, STEPHEN TOBIA, STEPHEN REITANO, JOSEPH SANTANGELO, LORRAINE DISTEFANO, GINA THOMAS, F & M FUNDING LLC, RLA HOLDINGS, LLC, PREMIUM STAFFING LLC, PREMIUM PARKING, LLC, ANTOINETTE CITY CENTER, LLC, RIDGEVIEW HOLDINGS LLC, B.A.B. GROUP I, LLC, B.A.B. GROUP, II, LLC, FIRST RESOURCE FUNDING LLC, and REDA, ROMANO & COMPANY, L.L.P.

                      Defendants.

Docket No.: 16-cv-9188

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

---

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, **with prejudice,** against defendant **REDA, ROMANO & COMPANY, L.L.P.** only, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Stagg, Terenzi, Confusione & Wabnik, LLP

By: _____
Thomas E. Stagg, Esq.
Brian A. Lacoff, Esq.
401 Franklin Avenue, Suite 300
Garden City, New York 11530
(516) 812-4500

Dated: 6/27/19

*Attorneys for Defendant Reda, Romano & Co, L.L.P.*

Harris, St. Laurent & Chaudhry LLP

By: _____
Adam B. Oppenheim, Esq.
Joseph T. Gallagher, Esq.
40 Wall Street, 53rd Floor
New York, NY 10005
(212) 397-3370

Dated: June 27, 2019

*Attorneys for Plaintiff The Board of Managers of Trump Tower at City Center Condominium*

So Ordered

[signature]
7/5/19

By: _____
Lawrence Mark Gottlieb
HASS & GOTTLIEB
670 White Plains Road
Scarsdale, NY 10583
T: (914) 725-2600
F: (914) 725-7724
E: lgesquire@lmgottlieb.com

*Attorneys for Defendants Frank Palazzolo, Mary Palazzolo, F&M Funding LLC, Ridgeview Holdings LLC, B.A.B. Group I LLC, and B.A.B. Group II LLC*

By: _____
Kevin Harrington
Erin Durba
HARRINGTON, OCKO & MONK, LLP
81 Main Street – Suite 215
White Plains, New York 10601
T. (914) 686-4800
F. (914) 686-4824
kharrington@homlegal.com
edurba@homlegal.com

*Attorneys for Defendants Stephen Tobia, Stephen Reitano, Joseph Santangelo, Lorraine DiStefano, Gina Thomas, RLA Holdings LLC, Premium Staffing LLC, Premium Parking LLC, and First Resource Funding LLC*

By: _____
David Feuerstein
FEUERSTEIN KULICK LLP
205 E. 42nd Street, 20th Floor
New York, NY 10017
T: 646-768-0591
E: david@dfmklaw.com

*Attorneys for Defendant Antoinette City Center, LLC*

By: _____

Lawrence Mark Gottlieb
HASS & GOTTLIEB
670 White Plains Road
Scarsdale, NY 10583
T: (914) 725-2600
F: (914) 725-7724
E: lgesquire@lmgottlieb.com

*Attorneys for Defendants Frank Palazzolo, Mary Palazzolo, F&M Funding LLC, Ridgeview Holdings LLC, B.A.B. Group I LLC, and B.A.B. Group II LLC*

By: _____

Kevin Harrington
Erin Durba
HARRINGTON, OCKO & MONK, LLP
81 Main Street – Suite 215
White Plains, New York 10601
T. (914) 686-4800
F. (914) 686-4824
kharrington@homlegal.com
edurba@homlegal.com

*Attorneys for Defendants Stephen Tobia, Stephen Reitano, Joseph Santangelo, Lorraine DiStefano, Gina Thomas, RLA Holdings LLC, Premium Staffing LLC, Premium Parking LLC, and First Resource Funding LLC*

By: /s/ David Feuerstein /JL with permission
David Feuerstein
FEUERSTEIN KULICK LLP
205 E. 42nd Street, 20th Floor
New York, NY 10017
T: 646-768-0591
E: david@dfmklaw.com

*Attorneys for Defendant Antoinette City Center, LLC*