

81 Main Street, Suite 215 | White Plains, NY 10601
Tel: 914.686.4800 | Fax: 914.686.4824

ERIN DURBA, SENIOR COUNSEL
edurba@homlegal.com

November 26, 2019

By ECF

Honorable Kenneth M. Karas
United States District Court, Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:   *Board of Managers of Trump Tower at City Center Condominium v. Palazzolo*, No. 7:16-cv-09188-KMK

Dear Judge Karas:

We represent defendants Stephen Tobia, Stephen Reitano, Lorraine DiStefano, Gina Thomas, Joseph Santangelo, Premium Parking LLC, Premium Staffing LLC, RLA Holdings LLC and First Resource Funding LLC. Per the Court's instructions at the October 25 case management conference, I write to propose the following schedule for defendants to move for summary judgment on the issues discussed at the conference:

| | |
|---|---|
| Moving papers: | January 15, 2020 |
| Opposition papers: | March 2, 2020 |
| Reply papers: | March 23, 2020 |

All parties have agreed to this proposed schedule and respectfully request that the Court adopt it.

Respectfully submitted,

*Erin Durba*

Erin Durba

Cc:   Counsel of record (via ECF)