# HARRIS
## ST. LAURENT


MEMO ENDORSED

March 5, 2020

**BY ECF**

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re: *Board of Managers v. Palazzolo, et al.*, No. 16-cv-9188 (SDNY) (KMK)

Your Honor:

We write on behalf of plaintiff to notify the Court that all parties have executed a settlement agreement in this case. Plaintiff therefore withdraws its request for a conference (Dkt. No. 219).

We note that, in light of the then-forthcoming settlement, Your Honor dismissed this case on February 10, 2020 (Dkt. No. 218), and gave the parties the right to re-open the case by filing appropriate papers on or before March 11, 2020. I note that certain obligations of the parties' settlement agreement must be performed by March 25, 2020, and, assuming those obligations are met, the parties will be filing a stipulation of dismissal with prejudice by April 1, 2020. So as to avoid potential prejudice, we ask the court to postpone the date by which the case may be re-opened to April 2, 2020.

Respectfully submitted,

Joseph Gallagher

Granted.
So Ordered.
3/5/20

CC:   All Counsel of Record

JOSEPH GALLAGHER   JGALLAGHER@HS-LAW.COM   |   DIRECT (917) 512 - 9464

HS-LAW.COM   MAIN (646) 755 - 3607   |   FAX (202) 202 - 6206   |   40 WALL STREET, 53RD FLOOR, NEW YORK, NY 10005